◼ In the Matter of SHAWN GREEN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Cor-

rectional Services, Respondent. (Proceeding No. 1.) [842 NYS2d 353]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.